EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2005

at \_\_ o'clock and \_\_ min \_\_ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALBERT KAKUDA<br>    a/k/a: "Bully"<br><br>    Defendant. | CR. NO. CR05 00135 HG<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a)(1),<br>  (b)(1)(A) & (B) |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 28, 2005, in the District of Hawaii, ALBERT KAKUDA, a/k/a: "Bully", the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A).

COUNT 2

The Grand Jury further charges:

On or about March 28, 2005, in the District of Hawaii, ALBERT KAKUDA, a/k/a: "Bully", the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B).

DATED: April  6th , 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

*[signature]*
KENNETH M. SORENSON
Assistant U.S. Attorney