EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00135 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF |
| | ) | NON-OBJECTION; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| ALBERT KAKUDA, | ) | Date:  February 16, 2006 |
| | ) | Time:  1:30 p.m. |
| Defendant. | ) | Judge:  Helen Gillmor |

**GOVERNMENT'S NOTICE OF NON-OBJECTION**

The UNITED STATES OF AMERICA has no objection to the Proposed Presentence Report in the above-captioned matter, and no requested additions to that Report.

DATED:  January 10, 2006, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii


                                        By  /s/ Kenneth M. Sorenson
                                           KENNETH M. SORENSON
                                           Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

David Bettencourt, Esq.          January 12, 2006
735 Bishop Street
Suite 425
Honolulu, HI 96813

Served by hand-delivery:

Rosanne Donohoe                  January 12, 2006
U.S. Probation Office
300 Ala Moana Boulevard
Honolulu, HI   96850

DATED:  January 12, 2006, at Honolulu, Hawaii.

                                    /s/ Dawn M. Aihara