# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 13, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00135HG |
| CASE NAME: | U.S.A. vs. ALBERT K. KAKUDA |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | David G. Bettencourt |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | ESR (L.M.G.) |
| DATE: | February 13, 2006 | TIME: | 9:00 - 9:35 |

COURT ACTION:   **SEALED HEARING**
STATUS CONFERENCE Re SEALED LETTER -

The defendant is present in custody.

Mr. Sorenson addressed the Court.
Mr. Bettencourt addressed the Court.
The defendant addressed the Court.

Both counsel expressed their desire to proceed with sentencing as scheduled on February 16, 2006 @ 1:30 p.m.


Submitted by: David H. Hisashima, Courtroom Manager